# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Manion, Daniel A. | USCA-7 | 10/28/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III | ☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

301 Grant Federal Building
204 S. Main Street
South Bend, IN 46601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manion, Daniel A.** | 10/28/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 10/28/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manion, Daniel A.** | 10/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Key Bank checking accounts | A | Interest | M | T | | | | | |
| 2.   UBS deposit account | A | Distribution | K | T | | | | | |
| 3.   Blackrock Muni (BTT) | B | Dividend | L | T | | | | | |
| 4.   Boeing Company common stock (BA) | B | Dividend | M | T | | | | | |
| 5.   Oppenheimer Steelpath (MLPDX) | C | Distribution | K | T | | | | | |
| 6.   Gaslog Ltd preferred | A | Dividend | J | T | | | | | |
| 7.   Nuveen Interduration (NID) | B | Int./Div. | K | T | | | | | |
| 8.   Indianapolis Public School Corp. 1st Mortgage Refunding Bond | | None | J | T | | | | | |
| 9.   RMB Mendon Financial (RMBKX) | | None | L | T | | | | | |
| 10.  Nuveen Mun Opportunities (NMCO) | B | Dividend | K | T | | | | | |
| 11.  Invesco Fund (QQQ) | A | Distribution | M | T | Buy | 03/19/20 | L | | |
| 12.  SRS 500 Fund (SPY) | C | Distribution | M | T | Buy | 03/19/20 | M | | |
| 13.  Wells Fargo Sweep | A | Distribution | K | T | | | | | |
| 14.  Income Fund Amer (IFACX) | A | Distribution | K | T | | | | | |
| 15.  Fund America Growth (AGTHX) | A | Distribution | L | T | | | | | |
| 16.  Franklin Income (IFAX) | C | Distribution | L | T | | | | | |
| 17.  Qwest Corp preferred | B | Dividend | | | Sold | 12/14/20 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 10/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  First Trust Equity | B | Distribution | K | T | | | | | |
| 19.  Ishares US Preferred Stock | A | Dividend | K | T | | | | | |
| 20.  American Balanced Fund (ABALX) | A | Distribution | K | T | | | | | |
| 21.  Northwestern Mutual Life Insurance (whole life policy) | | None | N | T | | | | | |
| 22.  Unimproved real estate St. Joseph Cty, IN | | None | L | W | | | | | |
| 23.  529 Ed. Plan Funds: items 27-31 (H) | | | | | | | | | |
| 24.  Invesco College Bound 2017-2018 changed to College Bound Today | | None | | | Merged<br>(with line 26) | 10/26/20 | K | | |
| 25.  Invesco College Bound Today | | None | | | Redeemed | 03/19/20 | J | | Tuition Paid |
| 26.  American Balance Fund 529A | | None | M | T | | | | | |
| 27.  Growth Fund of America 529A | | None | L | T | | | | | |
| 28.  College Choice Advisor Plan | | None | | | Redeemed | 06/30/20 | J | | Tuition Paid |
| 29.  US Charitable Gift Fund | | None | J | T | | | | | |
| 30.  Diamond | | None | J | W | | | | | |
| 31.  Baird Trust Acct: ( items 35-93) (H) | | | | | | | | | |
| 32.  Automatic Data Processing (ADP) | B | Dividend | M | T | | | | | |
| 33.  Kellogg Company | B | Dividend | L | T | Buy | 07/17/20 | K | | |
| 34.  Constellarion Brands | A | Dividend | K | T | Buy | 08/28/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manion, Daniel A.** | 10/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Blackrock Inc. | B | Dividend | L | T | | | | | |
| 36.  Factset Research Systems | B | Dividend | M | T | | | | | |
| 37.  Illinois Tool Works common | C | Dividend | M | T | | | | | |
| 38.  MSCI Inc Class A | A | Dividend | M | T | | | | | |
| 39.  Richmond IN Community School Bond | A | Dividend | | | Redeemed | 01/15/20 | L | | |
| 40.  Lebanon IN Cmnty Sch Corp | B | Dividend | L | T | | | | | |
| 41.  Tri Creek 2002 High Sch Bldg Corp | B | Dividend | L | T | | | | | |
| 42.  Tippecanoe Cnty IN NSE08 Sch Bldg Corp | A | Dividend | J | T | | | | | |
| 43.  IPS Multi School Building Bond | A | Dividend | K | T | | | | | |
| 44.  FDIC Insured Multi Bank & Cash | A | Distribution | K | T | | | | | |
| 45.  Intel Corp common | A | Dividend | K | T | | | | | |
| 46.  Varian Medical | | None | M | T | | | | | |
| 47.  Johnson & Johnson | B | Dividend | L | T | | | | | |
| 48.  Procter & Gamble common | C | Dividend | M | T | | | | | |
| 49.  Elkhard, IN muni | A | Interest | J | T | | | | | |
| 50.  Nike Common | B | Dividend | M | T | | | | | |
| 51.  Fiserv Inc. | | None | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manion, Daniel A.** | 10/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   Medtronic | A | Dividend | K | T | Buy | 08/28/20 | K | | |
| 53.   Becton Dickinson & Co. | B | Dividend | M | T | | | | | |
| 54.   Ecolab common | B | Dividend | M | T | | | | | |
| 55.   Patterson Companies common | C | Dividend | M | T | | | | | |
| 56.   Cognizant Technology | A | Dividend | L | T | | | | | |
| 57.   Fastenal common | C | Dividend | | | Donated | | | | |
| 58.   Walt Disney Common | A | Dividend | M | T | | | | | |
| 59.   Bio Techne Corp. | A | Dividend | L | T | | | | | |
| 60.   Barnes Group common | A | Dividend | K | T | | | | | |
| 61.   Valmont Industries | A | Dividend | L | T | Buy | 02/24/20 | J | | |
| 62.   Cisco Systems common | B | Dividend | L | T | Buy | 02/27/20 | K | | |
| 63.   Gillead Sciences common | C | Dividend | | | Donated | | | | |
| 64.   Harley Davidson common | A | Dividend | | | Sold | 03/19/20 | K | A | |
| 65.   Pepsico Inc. | C | Dividend | M | T | | | | | |
| 66.   Middleby Corp | | None | | | Sold | 08/18/20 | K | | |
| 67.   Emerson Electric | B | Dividend | L | T | | | | | |
| 68.   Richland IN School Bond | | None | L | T | Buy | 06/22/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 10/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Microsoft Corp | C | Dividend | | | Donated | | | | |
| 70. Intuit Inc (INTU) | A | Dividend | M | T | | | | | |
| 71. CDK Global | A | Dividend | K | T | | | | | |
| 72. McCormick & Co. | C | Dividend | M | T | | | | | |
| 73. Wells Fargo Muni Bond | C | Dividend | M | T | | | | | |
| 74. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 75. Corning Common | A | Dividend | K | T | | | | | |
| 76. Dowdupont common (DD) | A | Dividend | K | T | | | | | |
| 77. JM Smucker (SJM) | A | Dividend | J | T | | | | | |
| 78. Skyworks Solutions | B | Dividend | L | T | | | | | |
| 79. Intercontinental Exchange (ICE) | B | Dividend | M | T | | | | | |
| 80. Apple Common | B | Dividend | M | T | | | | | |
| 81. Dow Inc. | A | Dividend | K | T | | | | | |
| 82. South Central Indiana School Corp. Bond | B | Interest | L | T | | | | | |
| 83. Flexshares Quality International Dividend Index | B | Dividend | L | T | | | | | |
| 84. Viatris, Inc. | | None | J | T | Spinoff<br>(from line 74) | 11/17/20 | J | | |
| 85. Elkhart Indiana School Corp. Bond | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 10/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Charles Schwab (formerly TD Ameritrade) | A | Dividend | K | T | | | | | |
| 87. South Harrison Indiana Municipal Bond | B | Interest | K | T | | | | | |
| 88. Greater Clark Indiana Municipal Bond | B | Interest | L | T | | | | | |
| 89. Wawasee Municipal Bond | A | Interest | J | T | | | | | |
| 90. Roth IRA (items 94-107) (H) | | | | | | | | | |
| 91. Invesco S&P Fund (XSLV) (was Powershares) | A | Distribution | | | Sold | 07/09/20 | K | | |
| 92. Wells Fargo STYIX (Roth) | A | Distribution | K | T | | | | | |
| 93. SPDR Series Dow Jones REIT Fund | A | Dividend | J | T | | | | | |
| 94. Baird General Mkt Fund (Roth) | A | Int./Div. | K | T | | | | | |
| 95. Vanguard Intermediate Term Investment Grade Fund | A | Dividend | K | T | | | | | |
| 96. Wells Fargo Emerging Markets (EQIIX) | A | Distribution | J | T | | | | | |
| 97. Invesco S&P 500 Low (SPLV) | A | Distribution | K | T | | | | | |
| 98. Flexshares Morningstar Fund Roth | B | Distribution | K | T | | | | | |
| 99. Flexshares Trust Intl Quality Div Index Fund | A | Distribution | | | Sold | 04/20/20 | K | A | |
| 100. Janus Detroit Small Cap (JSML) | A | Dividend | K | T | Buy | 07/08/20 | K | | |
| 101. JP Morgan Hedged Equity (JHEQX) | A | Dividend | K | T | Buy | 04/20/20 | K | | |
| 102. LOCORR Fund (LFMIX) | A | Distribution | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 10/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  T Rowe Price Growth (PRGFX) | A | Distribution | L | T | | | | | |
| 104.  Blackrock High Yield Bond Fund (BHYIX) | B | Distribution | K | T | | | | | |
| 105.  Baird IRA (items 109-122) (H) | | | | | | | | | |
| 106.  Flexshares Morning Star (TLTD) | A | Distribution | K | T | | | | | |
| 107.  Baird General Market (cash equivalent) | A | Distribution | J | T | | | | | |
| 108.  Wells Fargo Fund (EMGNX) | A | Distribution | J | T | | | | | |
| 109.  Vanguard Intermediate Bond Fund (VC(T) | A | Distribution | J | T | | | | | |
| 110.  T Rowe Price Growth (PRUFX) | A | Distribution | | | Sold | 10/23/20 | J | A | |
| 111.  SPDR Series Trust Fund (RWR) | A | Distribution | J | T | | | | | |
| 112.  Flexshares Ready Access Variable Income ETF (RAVI) | A | Dividend | J | T | | | | | |
| 113.  Flexshares Trust Index Fund (QDF) | A | Distribution | | | Sold | 04/20/20 | K | A | |
| 114.  Invesco S&P SmallCap Fund (XSLV) (was Powershares) | A | Distribution | | | Sold | 07/08/20 | J | A | |
| 115.  Invesco S&P 500 (SPLV) | A | Distribution | K | T | | | | | |
| 116.  Wells Fargo Short-Term High Yield | A | Distribution | J | T | | | | | |
| 117.  Blackrock High Yield Bond Fund (BHYIX) | B | Distribution | K | T | | | | | |
| 118.  JP Morgan Hedged Equity (JHEQX) | A | Distribution | K | T | Buy | 04/20/20 | K | | |
| 119.  Janus Detroit Small Cap (J.SML) | A | Distribution | J | T | Buy | 07/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manion, Daniel A.** | 10/28/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line  114: Self-directed charitable foundation (value donated to charity reduced corpus in fund)

VII. Investments and Trusts, Line 116:  Name change only - from Dupont to Dowdupont.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel A. Manion**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544